JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE L., an individual, | Case No. 5:23-02521 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings.

DATED: July 29, 2025

                                           /s/ Autumn D. Spaeth
                                 THE HONORABLE AUTUMN D. SPAETH
                                 United States Magistrate Judge